Joseph G. Went, Esq. (NV Bar #9220)
Sydney R. Gambee, Esq. (NV Bar #14201)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702-669-4630
jgwent@hollandhart.com
srgambee@hollandhart.com

Doyle S. Byers, Esq. (UT Bar #11440)
*Pro Hac Vice*
Katherine Norman Hansen, Esq. (UT Bar #9573)
*Pro Hac Vice*
**JOHNSON LAW, PLLC**
13894 S. Bangerter Parkway, Suite 200
Draper, UT 84020
Telephone: (801) 554-3893
Doyle@johnsonlawpllc.net
Kate@johnsonlawpllc.net

*Attorneys for Plaintiffs*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SG EQUITY MGMT, LLC, a Nevada limited liability company; SG EQUITY PARTNERS, LLC, d/b/a SOFTWARE GROWTH PARTNERS, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FUNNELBEAM, a California corporation; and RAFAT ALVI, an individual,<br><br>Defendants. | **Case No.: 2:25-cv-2273-MMD-NJK**<br><br>**DOYLE S. BYERS' MOTION TO WITHDRAWAL OF COUNSEL** |

SG Equity Mgmt, LLC and SG Equity Partners, LLC d/b/a Software Growth Partners ("Plaintiffs" or "SGP"), moves the Court to permit Doyle S. Byers to withdraw as counsel of record in this matter. Katherine Norman Hansen will continue to represent Plaintiffs, in addition to Joseph Went and Sydney Gambee of Holland & Hart LLP. Thus, the withdrawal will not have any adverse effect on Plaintiffs or otherwise affect the status of the case.

Plaintiffs further requests that the Clerk of Court remove Doyle S. Byers from the list of persons authorized to receive electronic notices in this case.

DATED this 1st day of October 2026.

**HOLLAND & HART LLP**

/s/ *Joseph G. Went*
Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Doyle S. Byers, Esq. (UT Bar #11440)
*Pro Hac Vice*
Katherine Norman Hansen, Esq. (UT Bar #9573)
*Pro Hac Vice*
**JOHNSON LAW, PLLC**
13894 S. Bangerter Parkway, Suite 200
Draper, UT 84020

*Attorneys for Plaintiffs*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

39758225.v1

IT IS SO ORDERED.
Dated: October 1, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge